```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
        TAMPA DIVISION
```

GS HOLISTIC, LLC,

    Plaintiff,

v.                              Case No. 8:22-cv-2113-VMC-AEP

PURPLE HAZE OF SEMINOLE,
LLC d/b/a PURPLE HAZE
TOBACCO & ACCESSORIES
and EVELIO CALZADILLA,

    Defendants.

_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Anthony Porcelli's Report and Recommendation (Doc. # 22), filed on May 8, 2023, recommending that Plaintiff's Motion for Default Judgment (Doc. # 21) be granted.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation and grants Plaintiff's Motion as stated herein.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept,

1

reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge. Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 22) is **ACCEPTED** and **ADOPTED**. Plaintiff GS Holistic, LLC's Motion for Default Judgment (Doc. # 21) is **GRANTED.**

(2) The Clerk is directed to enter default judgment in favor of GS Holistic and against Defendants on both counts of

2

the complaint (Doc. # 1), in the amount of $150,000 in damages and $977.52 in costs, with interest accruing at the current per annum legal rate, for which sum let execution issue.

(3) The Court does not retain jurisdiction to enforce the default judgment. Plaintiff may petition the Court for relief in a separate action.

(4) The Clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 24th day of May, 2023.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE